IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CURTIS L. BLOOD, ET AL
PLAINTIFFS

CASE NO.: 10-CV- 1325

vs.

JUDGE JAMES T. TRIMBLE

INTERSTATE BRANDS CORPORATION
DEFENDANT

MAGISTRATE JAMES KIRK

# AFFIDAVIT OF ANGELA M. NGUYEN

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

**BEFORE ME,** the undersigned Notary, came and appeared **ANGELA M. NGUYEN**, who stated and declared that she is a person of full age of majority and is competent to make this affidavit and has personal knowledge of the facts contained and representations made in this affidavit and is, therefore, competent to testify to the same and who, after being duly sworn, did depose and state the following:

1) I am a Senior Managing Consultant at Kurtzman Carson Consultants, LLC ("KCC").

2) KCC was retained as the Claims and Noticing Agent for Interstate Bakeries Corporation's ("IBC") Chapter 11 bankruptcy case.

3) The "NOTICE OF BAR DATE FOR FILING OF PROOF OF CLAIM" attached hereto was mailed to all parties whose names are listed on IBC's Creditor Matrix.

4) The following "NOTICE OF BAR DATE FOR FILING OF PROOF OF CLAIM " attached hereto is true, accurate and correct.

AFFIANT

ANGELA M. NGUYEN

State of California, County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 25th day of January, 2011, by Angela M. Nguyen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

Commission Expires: 1/2/2014

MICHELLE CRUZ
Commission # 1875517
Notary Public - California
Los Angeles County
My Comm. Expires Jan 2, 2014

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**KANSAS CITY DIVISION**

| In re: | Chapter 11 |
|---|---|
| INTERSTATE BAKERIES CORPORATION, et al., | Case No. 04-45814 (JWV) |
| Debtors. | Jointly Administered |

**NOTICE OF BAR DATE FOR FILING OF PROOF OF CLAIM (LAST DAY TO FILE CLAIMS)**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST ANY OF THE DEBTORS[1] LISTED IN THIS BAR DATE NOTICE:**

This notice (the "Bar Date Notice") describes the procedures by which persons or entities who believe they have a claim against the Debtors must take action in order to preserve their ability to pursue such claims and participate in the Debtors' chapter 11 cases and plans of reorganization. This Bar Date Notice describes the following: (i) a claim; (ii) who must file a proof of claim; (iii) who need not file a proof of claim; (iv) the deadline for filing proofs of claim; (v) how to file a proof of claim; and (vi) the consequences for not filing a proof of claim.

On December [14], 2004, the United States Bankruptcy Court for the Western District of Missouri, Kansas City Division (the "Bankruptcy Court") entered an Order (the "Bar Date Order") in the Debtors' chapter 11 cases establishing **March 21, 2005 as the general claims bar date (the "General Bar Date")** and other filing deadlines for certain other claims, identified below. Except as described below, the Bar Date Order requires that any Claim (as defined below) against any of the Debtors listed on Exhibit A to this Bar Date Notice be filed with Kurtzman Carson Consultants (the "Claims Agent") by submitting a proof of claim to the Claims Agent as provided herein.

**1. WHAT IS A CLAIM**

For purposes of this Bar Date Notice, a "Claim" shall mean, as to or against any of the Debtors: (1) any right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured or unsecured; or (2) any right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured. This Bar Date Notice is applicable to all Claims against any of the Debtors arising prior to 1:16 a.m. (Prevailing Central Time) on September 22, 2004.

**2. WHO MUST FILE A PROOF OF CLAIM**

You **MUST** file a proof of claim ("Proof of Claim") by submitting your Proof of Claim to the Claims Agent on or before the General Bar Date, unless otherwise provided herein, if:

a. you hold a Claim against a Debtor (whether secured, priority or unsecured) that arose prior to 1:16 a.m. (Prevailing Central Time) on September 22, 2004, and such Claim is not described in section 3 below.

b. your Claim is listed on the Debtors' Schedules of Assets and Liabilities (the "Schedules") as a "disputed," "contingent," or "unliquidated" Claim and you desire to participate in the Debtors' chapter 11 cases or share in any distribution in any of these chapter 11 cases.

c. your Claim is improperly classified in the Schedules or is listed in an incorrect amount and you desire to have your Claim allowed in a classification or amount other than set forth in the Schedules.

d. you are asserting a Claim that is not listed in the Schedules.

**3. WHO NEED NOT FILE A PROOF OF CLAIM**

You need not file a Proof of Claim if:

---

[1] A complete list of affiliates and subsidiaries of Interstate Bakeries Corporation that filed chapter 11 petitions and are jointly administered in the above referenced case (each, a "Debtor" and collectively, the "Debtors") is attached hereto as Exhibit A.



a. You (i) agree with the nature, classification, and amount of your Claim as set forth in the Schedules and (ii) your Claim is not listed as "disputed," "contingent," or "unliquidated" in the Schedules.

b. You have already properly filed a Proof of Claim against the correct Debtor.

c. You have a Claim allowable under sections 503(b) and 507(a)(1) of the Bankruptcy Code as an administrative expense of the Debtors' chapter 11 cases.

d. You hold a claim against a Debtor that previously has been allowed by, or paid pursuant to, an order of the Bankruptcy Court.

e. You hold an ownership interest in any of the Debtors and, other than such ownership interest, you do not wish to assert a Claim against any of the Debtors. Ownership interests include, by way of example only, common or preferred stock in a corporation, a general or limited partner interest in a limited partnership or warrants or rights to purchase, sell or subscribe to such a security or interest. However, holders of ownership interests who also wish to assert a Claim (as opposed to ownership interests) against any of the Debtors that arises out of or relates to transactions in the Debtors' securities, including, but not limited to, claims for damages or rescission based on the purchase or sale of any such securities, must file a proof of claim on or prior to the General Bar Date, unless another exception identified in this Bar Date Notice applies.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ANY OF THE DEBTORS.**

**YOUR RECEIPT OF THIS BAR DATE NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE DEBTORS OR THE BANKRUPTCY COURT BELIEVE THAT YOU HAVE A CLAIM.**

**NEITHER THE DEBTORS, THEIR ATTORNEYS NOR THE CLAIMS AGENT CAN ADVISE YOU WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

**4. DEADLINE TO FILE A CLAIM**

a. **General Bar Date.** If your Claim is described in Section 2 above, you must file your Proof of Claim with the Claims Agent so that the Proof of Claim is **ACTUALLY RECEIVED no later than 5:00 p.m. (Pacific Standard Time) on March 21, 2005.**

b. **Executory Contracts and Unexpired Leases Bar Date**. If you have a claim arising out of the rejection of an executory contract or an unexpired lease you must file, and the Claims Agent must receive, a Proof of Claim on or before 5:00 p.m. (Pacific Standard Time) by the later of: (a) the General Bar Date or (b) thirty (30) days after the effective date of such rejection as ordered by the Bankruptcy Court.

c. **Amended Schedules Bar Date.** If the Debtors amend their Schedules after mailing and publishing this Bar Date Notice and your Claim is affected by such amendment, then you must file a Proof of Claim or amend any Proof of Claim you previously filed on or before 5 p.m. (Pacific Standard Time) by the later of: (a) the General Bar Date or (b) thirty (30) days after the Debtors serve such claimant with notice that the Debtors have amended their Schedules.

**5. HOW TO FILE A CLAIM**

a. **Proof of Claim Forms.** For your convenience, a Proof of Claim form is included with this Bar Date Notice. If the Debtors have listed your Claim on the Schedules, the included Proof of Claim form describes the amount, nature and classification of your Claim(s) as set forth in the Debtors' Schedules. If your Claim is not listed in the Schedules, no such information is provided.

b. **Identification of Debtors and Claimants.** You must identify on your Proof of Claim the holder or holders of the Claim and the particular Debtor against which your Claim is asserted. A list of Debtors, together with their respective case numbers and federal tax identification numbers, is attached to this Bar Date Notice as Exhibit A. In addition, names formerly used by the Debtors are listed on Exhibit A. If you are asserting Claims against more than one Debtor, you must file a separate Proof of Claim with respect to each such Debtor. If you list more than one Debtor on your Proof of Claim form, the Debtors will treat such Claim as filed against the Debtor you list first. **Any Claims filed in the Joint Administration Case Number (Interstate Bakeries Corporation, Case No. 04-45814) shall be deemed filed only against Interstate Bakeries Corporation.**

c. **Where and How to file Proof of Claim Forms.** A Proof of Claim is filed by submitting the Proof of Claim to the Claims Agent. In order to be considered timely filed, a Proof of Claim must be filed so as to be **actually received by the Claims Agent on or before 5:00 p.m. (Pacific Standard Time), on or before the Bar Date applicable to your Claim(s)**, at the following address:

IBC Claims Processing
c/o Kurtzman Carson Consultants LLC
12910 Culver Blvd. Ste I
Los Angeles, CA 90066

**Electronic submissions, including, but not limited to, facsimile and electronic mail submissions are prohibited and will not be accepted by the Claims Agent.**

**SUBMIT A PROOF OF CLAIM TO THE CLAIMS AGENT. DO NOT SUBMIT A PROOF OF CLAIM TO ANY OTHER PARTY, INCLUDING THE CLERK OF THE COURT OR COUNSEL FOR THE DEBTORS.**

**6. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM**

**IF YOU ARE REQUIRED TO FILE A PROOF OF CLAIM, AND YOU FAIL TO DO SO BY THE BAR DATE APPLICABLE TO YOUR CLAIM(S) DESCRIBED IN THIS BAR DATE NOTICE, YOU WILL BE FOREVER PROHIBITED FROM:**

**A. ASSERTING ANY CLAIM AGAINST THE DEBTORS, AND THE DEBTORS AND THEIR PROPERTY WILL BE FOREVER DISCHARGED FROM ANY AND ALL INDEBTEDNESS OR LIABILITY WITH RESPECT TO SUCH CLAIM; AND**

**B. VOTING UPON, OR RECEIVING DISTRIBUTIONS UNDER, ANY PLAN OR PLANS OF REORGANIZATION IN THESE CHAPTER 11 CASES IN RESPECT OF SUCH CLAIM.**

**If it is unclear from the Schedules whether your Claim is disputed, contingent or unliquidated as to amount or is otherwise properly listed and classified, you must file a Proof of Claim on or before the Bar Date applicable to your Claim(s).** If you rely on the information in the Schedules you bear responsibility for determining that your Claim is accurately listed therein.

**7. RESERVATION OF RIGHTS**

The Debtors reserve the right to: (a) dispute, or to assert offsets or defenses against, any filed Claim or any Claim listed or reflected in the Schedules as to nature, amount, liability, classification or otherwise; or (b) subsequently designate any Claim as disputed, contingent or unliquidated. Nothing set forth in this Bar Date Notice shall preclude the Debtors from objecting to any Claim, whether scheduled or filed, on any grounds.

**8. ADDITIONAL INFORMATION**

Additional proof of claim form requests and further inquiries regarding filing a Proof of Claim against any of the Debtors may be directed to the Claims Agent in writing at the following address or e-mail, or by calling the Claims Agent at the number listed below.

IBC Claims Processing
c/o Kurtzman Carson Consultants LLC
12910 Culver Blvd. Ste I
Los Angeles, CA 90066
telephone: 1-866-381-9100
http:www.kccllc.net/ibc
e-mail: ibcinfo@kccllc.com

Additional information can also be obtained by calling the Debtors' hotline at 1-866-270-4314.

J. Eric Ivester (ARDC No. 06215581)
Samuel S. Ory (Missouri Bar No. 43293)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 West Wacker Drive, Suite 2100
Chicago, Illinois 60606-1285

J. Gregory Milmoe (JM 0919)
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522

Paul M. Hoffmann (Missouri Bar No. 31922)
STINSON MORRISON HECKER LLP
1201 Walnut, Suite 2900
Kansas City, MO 64106-2150

ATTORNEYS FOR DEBTORS AND DEBTORS-IN-POSSESSION

**EXHIBIT A**

**DEBTOR AND AFFILIATE DEBTORS**

| Debtor | Case No. | Tax I.D. |
|---|---|---|
| Interstate Bakeries Corporation | 04-45814 | 43-1470322 |
| Interstate Brands Corporation | 04-45816 | 44-0296705 |
| IBC Sales Corporation | 04-45817 | 02-0723634 |
| IBC Trucking, LLC | 04-45818 | 43-1828328 |
| New England Bakery Distributors, L.L.C. | 04-45819 | N/A |
| Baker's Inn Quality Baked Goods, LLC | 04-45820 | N/A |
| IBC Services, LLC | 04-45821 | 02-0723639 |
| Armour and Main Redevelopment Corporation | 04-45822 | 43-1790536 |

**NAMES FORMERLY USED BY THE DEBTORS**

AMERICAN BAKERIES

BUTTERNUT BAKERIES

COLOMBO BAKERY

CONTINENTAL BAKERY

CONTINENTAL BAKING COMPANY

COTTON'S HOLSUM BAKERIES

DI CARLO BAKERY

DRAKE'S BAKERY

EDDY'S BAKERY

EDDYS BREAD CO.

FUCHS BAKING CO.

HOLSUM BAKERY

HOSTESS BAKERIES

INTERSTATE BRANDS COMPANIES

INTERSTATE BRANDS WEST CORPORATION

J.J. NISSEN BAKERY

MERITA BAKERIES

MILLBROOK BAKERIES

MY BREAD BAKERIES

PARISIAN BAKERY

SAN FRANCISCO FRENCH BREAD COMPANY

SUNBEAM BAKERY

SWEETHEART BAKERY

WEBER'S BREAD

WONDER BAKERIES

WONDER/HOSTESS BAKERIES